390 A.2d 302

Cramer, Appellant, v. Cramer.

Argued March 29, 1978. M. Kay Gartrell, with him David S. Rusner, for appellant; No appearance entered nor brief submitted for appellee.

OPINION PER CURIAM: Order fixing support at $45.00 per week is reversed, and order fixing support at $85.00 per week is reinstated.